**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO EASTERN**
**DIVISION**

**Richard Wagner,**

      **Plaintiff,**

                                                                                    **Civil Action 2:18-cv- 810**
      **v.**                                                               **Judge  James L. Graham**
                                                                           **Magistrate Judge Chelsey M. Vascura**

**My Bucket List, LLC,**

      **Defendant.**

**STIPULATION OF DISMISSAL**

Pursuant toRule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, , the parties stipulate that this case shouldbe dismissed with prejudice with each party bearing its own costs and attorney's fees..  The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of any agreement between the Plaintiff and Defendants.

                                                              Respectfully submitted by,

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| \s\ Owen B Dunn Jr | /s/ William D. Edwards |
| Owen B. Dunn, Jr., Esq. (0074743) | William D. Edwards (0062861) |
| Law Office of Owen B. Dunn, Jr | ULMER & BERNE LLP |
| 4334 W. Central Avenue, Suite 222 | 1660 W. 2nd Street, Suite 1100 |
| Toledo, OH 43615 | Cleveland, Ohio 44113 |
| (419) 241-9661 – Phone | (216) 583-7150 - Phone |
| (419) 241-9737 - Facsimile | E-mail: wdedwards@ulmer.com |
| Email: dunnlawoffice@sbcglobal.net | |

and

Valerie J. Fatica (0083812)
4334 W. Central Avenue, Suite 222
Toledo, OH 43615
(419) 654-1622 - Phone
valeriefatica@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

**Richard Wagner**,

      **Plaintiff**,

   **v.**                Civil Action **2:18**-cv- **810**
                     Judge **James L. Graham**
                     Magistrate Judge **Chelsey M. Vascura**

**My Bucket List, LLC,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties and the Court being fully advised of the premises,

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party bearing their own costs and attorney's fees. Entry of this Order resolves all pending claims and closes the case.

                                                          _____
                                                          Hon. Judge James L. Graham

                                                          Dated: _____